In the Matter of the Claim of HAROLD BOWMAN, Respondent, against ANDREW C. DURYEA, Non-insured Employer, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless a representative is appointed of the deceased alleged employer before the March Compensation Term of this court and the matter adjourned until that time to ascertain if the representative of the deceased alleged employer is taking proper steps to bring the matter to a proper final hearing. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ETTI LEIBOWITZ, Appellant, against BERTH LEVI & Co., INC., and THE TRAVELERS INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten record denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., and MARYLAND CASUALTY Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for an order directing the Bureau of Workmen's Compensation of the Department of Labor to submit its original record duly certified to this court as the record on appeal, or a copy thereof, granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of HENRY A. SCHULTZ, Respondent, against E. W. & W. D. ALLANSON, Appellant, and SUN INDEMNITY COMPANY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Claimant while repairing a building was injured by falling from the ground floor into the cellar. The building and premises belonged to one of the insured persons and was used in connection with the undertaking business conducted by both, insured persons in a building located on an adjoining parcel of land. The policy covered the work. The Board should make an award against both the employer and the carrier. Matter remitted to the State Industrial Board for the making of an amendment thereto by including the carrier, with costs against the State Industrial Board. Hill, P. J. Crapser, Bliss, Heffernan and Foster, JJ., concur.